FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1397
_____

TYREESE FAUST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.

March 14, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyreese Faust, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.